UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JACQUELINE VAN OVER,

Plaintiff,

vs.

RADIKER, INC. d/b/a TALENT
FUSION, DELOITTE CONSULTING,
LLP and DAVID POLLARD,

Defendants.

CIVIL ACTION NO. 4:11-cv-01149

## AFFIDAVIT OF DAVID POLLARD
## IN SUPPORT OF MOTION TO DISMISS

I, David Pollard, under the pains and penalties of perjury, do hereby state:

1. I am over 18 years of age and understand the obligations of an oath.

2. I make this affidavit voluntarily and have personal knowledge of the facts set forth in this affidavit.

3. I am submitting this affidavit in support of the motion to dismiss made by me and defendant Radiker, Inc. ("Radiker").

4. I am the president of Radiker and live in Worthington, Massachusetts.

5. Radiker is a Massachusetts corporation engaged in the business of recruiting personnel to fill employment positions for its client companies.

6. Radiker maintains its (only) office in Worthington, Massachusetts.

7. Radiker is not licensed or qualified to do business in Texas.

8.    Neither Radiker nor I maintain an office in Texas, advertise in Texas, own any real estate in Texas, maintain any bank accounts in Texas or maintain any phone listing in Texas.

9.    On or about May 13, 2010, Radiker entered into an agreement with defendant Deloitte Consulting, LLP ("Deloitte") to recruit candidates with specialized computer expertise to work for Deloitte.

10.    Radiker then entered into negotiations with the plaintiff, Jacqueline Van Over ("Van Over"), to fill the Deloitte positions.  The Van Over contract negotiations were conducted with Van Over primarily by Juliana Barela ("Barela") and Kevin Huston ("Huston") (I merely negotiated Van Over's pay rate in my capacity as the president of Radiker) from Worthington, Massachusetts, by telephone and exchange of e-mails.

11.    Pursuant to those negotiations, Radiker entered into an oral agreement to hire Van Over as an independent contractor to perform the recruiting services for Deloitte, which agreement was confirmed in an e-mail sent to Van Over by Barela from Worthington, Massachusetts.

12.    In accordance with that agreement, Van Over provided recruiting services to various Deloitte offices (primarily 85%) located outside of Texas during the approximate period from June 25, 2010 through January 23, 2011.

I swear under the pains and penalties of perjury that the information contained herein is true and accurate to the best of my knowledge and belief.

Signed under the pains and penalties of perjury on this 2nd day of June, 2011.

David Pollard

3